**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-1001

---

SAMIR R. IBRAHIM,

Plaintiff - Appellant,

versus

OLD DOMINION UNIVERSITY; ERNEST J. CROSS, JR.,
in his individual capacity; JO ANN GORA, in
her individual capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca B. Smith, District Judge. (CA-98-19-4)

---

Submitted: June 22, 1999                    Decided: July 8, 1999

---

Before WIDENER, MURNAGHAN, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Samir R. Ibrahim, Appellant Pro Se. Guy Winston Horsley, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samir R. Ibrahim appeals the district court's order awarding summary judgment to the Defendants on his employment discrimination action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Abrahim v. Old Dominion Univ., No. CA-98-19-4 (E.D. Va. Nov. 24, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on November 23, 1998, the district court's records show that it was entered on the docket sheet on November 24, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).